**ALAN G. DOWLING, ESQ.** (Cal. SBN 70686)
Email address:   agdowling@aol.com
**ALAN G. DOWLING,**
**A PROFESSIONAL CORPORATION**
1043 Pacific St., No. 1
Santa Monica, California 90405
Telephone (cell): 818-679-6395
Fax:  424-238-5366

*Attorneys for Plaintiff*s
*FRANCOIS & COMPANY, LLC,*
*THIERRY FRANCOIS & COMPANY, INC.,*
*and THIERRY FRANCOIS*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCOIS & COMPANY, LLC,** a Georgia limited liability company, **THIERRY FRANCOIS & COMPANY, INC.,** a Georgia corporation, and **THIERRY FRANCOIS,** an individual, <br>                             Plaintiffs, <br>                vs. <br> **JAMON KIRT NADEAU, also known as "Jay Nadeau,"** an individual; **CRYSTAL BLAKE NADEAU,** an individual; **MAISON, LLC,** a California limited liability company; **LA MAISON MOSAICS, LLC,** a California limited liability company; **JC NADEAU LLC**, a California limited liability company, dba "**JCN, LLC;**" and DOES 1 through 10, inclusive, <br>                             Defendants. | Case No. 5:18-cv-00843-SJO-PLA <br><br> Hon. S. James Otero, U.S. District Judge <br><br><br> **REQUEST TO ENTER DEFAULT** <br><br> Complaint Filed:      4/23/2018 <br><br> Sched. Conf., <br> Final Pretrial Conf. <br> and Trial Dates:      Not Yet Set |

# REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs **FRANCOIS & COMPANY, LLC,** a Georgia limited liability company, **THIERRY FRANCOIS & COMPANY, INC.,** a Georgia corporation, and **THIERRY FRANCOIS,** an individual, and each of them, hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendants **JAMON KIRT NADEAU, also known as "Jay Nadeau,"** an individual; **CRYSTAL BLAKE NADEAU,** an individual; **MAISON, LLC,** a California limited liability company; **LA MAISON MOSAICS, LLC,** a California limited liability company; and **JC NADEAU LLC**, a California limited liability company, dba "JCN, LLC," and each of them, on the ground that each of said Defendants has failed to appear or otherwise respond to the Summons and Complaint served upon them within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the Summons and Complaint on said Defendants, respectively, on the dates indicated below, evidence by the proofs of service of summons on file with this Court:

| *Defendant:* | *Date Served* |
| --- | --- |
| **JAMON KIRT NADEAU, also known as "Jay Nadeau,"** an individual | By substituted service on 5/28/18, effective 6/15/18 (10 days after follow-up mailing on 6/5/18) |
| **CRYSTAL BLAKE NADEAU,** an individual | By substituted service on 5/28/18, effective 6/15/18 (10 days after follow-up mailing on 6/5/18) |
| **MAISON, LLC,** a California limited liability company | By substituted service on 5/28/18, effective 6/15/18 (10 days after follow-up mailing on 6/5/18) |

| | |
|---|---|
| **LA MAISON MOSAICS, LLC,** a California limited liability company | By substituted service on 5/28/18, effective 6/15/18 (10 days after follow-up mailing on 6/5/18) |
| **JC NADEAU LLC**, a California limited liability company, dba "JCN, LLC" | By substituted service on 5/28/18, effective 6/7/18 (10 days after follow-up mailing on 5/28/18) |

The above stated facts are set forth in the accompanying Declaration of Alan G. Dowling filed herewith.

Dated:  July 24, 2018

**ALAN G. DOWLING,
A PROFESSIONAL CORPORATION**

By:   /s/ *Alan G. Dowling*

Alan G. Dowling
*Attorneys for Plaintiff*s
*FRANCOIS & COMPANY, LLC,
THIERRY FRANCOIS & COMPANY, INC.,
and THIERRY FRANCOIS*