# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS & COMPANY, LLC, et al., <br>         Plaintiffs, <br><br>         v. <br><br> JAMON KIRT NADEAU, et al. <br>         Defendants. | EDCV 18-843 DSF (PLAx) <br><br> Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

    Plaintiffs filed a complaint in this Court on the basis of diversity jurisdiction. However, the citizenship of the various LLC parties are not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). It also appears from the allegations of the complaint that it is very likely that there is no diversity jurisdiction in this matter because one of the Plaintiffs is alleged to be a part "owner" of one of the Defendant LLCs. See Compl. ¶¶ 26-28 (Defendant La Maison Mosaics, LLC is alleged to be owned, in part, by Plaintiff Thierry Francois).

    Therefore, Plaintiffs are ordered to show cause, in writing, no later than April 24, 2020 why this case should not be dismissed for lack of subject matter jurisdiction.

    IT IS SO ORDERED.

Date: April 10, 2020

                                          Dale S. Fischer <br>
                                          United States District Judge