1
2
3
4
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
5

| | |
|---|---|
| FRANCOIS & COMPANY, LLC., a Georgia limited liability company, THIERRY FRANCOIS & COMPANY, INC., a Georgia corporation and THIERRY FRANCOIS, an individual,<br>　　　　Plaintiffs,<br>　vs.<br>JAMON KIRT NADEAU, also known as "Jay Nadeau," an individual; CRYSTAL BLAKE NADEAU, an individual; MAISON, LLC, a California limited liability company; LA MAISON MOSAICS, LLC, a California limited liability company; JC NADEAU, LLC, a California limited liability company, dba "JNC, LLC," and DOES 1 through 10, inclusive,<br>　　　　Defendants. | Case No. 5:18-cv-00843-DSF-PLA<br><br>**Hon. Dale S. Fisher**<br><br>**STIPULATED PROTECTIVE ORDER** |

　　　Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is granted.

　　　IT IS SO ORDERED.

DATED: ___August 21___, 2020　　_____
　　　　　　　　　　　　　　　　　　　PAUL L. ABRAMS
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE