JS-6

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FRANCOIS & COMPANY, LLC,** a Georgia limited liability company, **THIERRY FRANCOIS & COMPANY, INC.,** a Georgia corporation, and **THIERRY FRANCOIS,** an individual,

             Plaintiffs,

vs.

**JAMON KIRT NADEAU, also known as "Jay Nadeau,"** an individual; **CRYSTAL BLAKE NADEAU,** an individual; **MAISON, LLC,** a California limited liability company; **LA MAISON MOSAICS, LLC,** a California limited liability company; **JC NADEAU LLC**, a California limited liability company, dba "**JCN, LLC**;" and DOES 1 through 10, inclusive,

             Defendants.

Case No. 5:18-cv-00843-DSF-PLA

Hon. Dale S. Fischer, U.S. District Judge

**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION**

**Complaint Filed:**   4/23/18
**Pretrial Conf.:**    8/23/21
**Trial:**           9/21/21

1  |  Plaintiffs **FRANCOIS & COMPANY, LLC,** a Georgia limited liability

2  company, **THIERRY FRANCOIS & COMPANY, INC.,** a Georgia corporation,

3  and **THIERRY FRANCOIS,** an individual, collectively "Plaintiffs," on the one

4  hand, and, on the other hand, Defendants **JAMON KIRT NADEAU, also known**

5  **as "Jay Nadeau,"** an individual; **CRYSTAL BLAKE NADEAU,** an individual, and

6  **MAISON, LLC,** a California limited liability company, collectively "Defendants,"

7  having filed their "Joint Stipulation for Dismissal of Action with Prejudice," wherein

8  they stipulated and agreed, by and through their respective counsel of record, that

9  this action, in its entirety, including without limitation all claims alleged by Plaintiffs

10 in this action, should be dismissed with prejudice as to all Defendants, with Plaintiffs,

11 on the one hand, and Defendants, on the other hand, each to bear their own respective

12 attorneys' fees, costs of suit and expenses incurred in or in connection with this

13 action; and

14 |  The Court having reviewed the said Stipulation and the file and record of this

15 action, and good cause appearing therefrom why the Court should issue this Order,

16 |  **IT IS HEREBY ORDERED** that this action, in its entirety, shall be and

17 hereby is dismissed with prejudice, with Plaintiffs, on the one hand, and Defendants,

18 on the other hand, each to bear their own respective attorneys' fees, costs of suit and

19 expenses incurred in or in connection with this action.

20 |  IT IS SO ORDERED.

21 DATED:  November 30, 2020

22 |  _____

23 Honorable Dale S. Fischer
   UNITED STATES DISTRICT JUDGE

1